# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| ADAM MILMAN, M.D., AN INDIVIDUAL, Petitioner, vs. THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE KENNETH C. CORY, DISTRICT JUDGE, Respondents, and JEFFERY GREEN AND SARA L. FOLEY, AS CO-ADMINISTRATORS OF THE ESTATE OF MARILYN GREEN; JEFFERY GREEN, INDIVIDUALLY; AND RICKEY GREEN, INDIVIDUALLY, Real Parties in Interest. | No. 78647 <br><br> **FILED** <br><br> JUN 17 2019 <br><br> ELIZABETH A. BROWN <br> CLERK OF SUPREME COURT <br> BY_____ <br> DEPUTY CLERK |

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges district court orders denying motions to dismiss in a professional negligence and wrongful death action.

Having considered the petition and supporting documentation, we conclude that our extraordinary and discretionary intervention is not warranted. *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). In particular, we are not persuaded that an appeal from an adverse final judgment would be an inadequate legal remedy. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 223, 228, 88 P.3d 840, 841, 844 (2004) (observing that the party seeking writ relief bears the

19 - 26028

burden of showing such relief is warranted and that an appeal from a final judgment is generally an adequate remedy that precludes writ relief). Accordingly, we

ORDER the petition DENIED.

_____ Pickering _____, J.
Pickering

_____ Parraguirre _____, J.
Parraguirre

_____ Cadish _____, J.
Cadish

cc: Hon. Kenneth C. Cory, District Judge
Hutchison & Steffen, LLC/Las Vegas
Wolfe & Wyman LLP
Eighth District Court Clerk